UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-382 MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JONATHAN KEOVILAY, Defendant. | **SATISFACTION OF MONETARY IMPOSITION AND RELEASE OF ABSTRACT** |

The monetary imposition of $100 special assessment and $1,000 in restitution in the above-entitled action has been paid in full or otherwise settled through compromise.

THEREFORE, the Clerk of the United States District Court for the District of Minnesota may satisfy and cancel the monetary judgment of record,

AND, the Recorder for the County of Roseau, State of Minnesota, may immediately release the Abstract of Judgment recorded in said Recorder's office of Roseau County, as Document No. 372, in the amount of $1,100.

Dated: January 23, 2006

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600